IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| RODNEY BURKE, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:18-CR-17 (CDL) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on February 17, 2022. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error.  Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.  The Court does not find that trial counsel was constitutionally ineffective but has concluded that there is no *clear error* in the Magistrate Judge's recommendation. The United States Probation Office shall prepare an amended presentence report consistent with today's order, and a sentencing hearing shall be scheduled as announced from the bench during today's hearing.

IT IS SO ORDERED, this 31st day of March, 2022.

                                              S/Clay D. Land
                                              CLAY D. LAND
                                              U.S. DISTRICT COURT JUDGE
                                              MIDDLE DISTRICT OF GEORGIA